# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

Chester C. Graham,

    Plaintiff,

v.

DirecTV, LLC,

    Defendant.

Case No. 20-cv-2116 PJS/ECW

**ORDER**

Based upon the Findings of Fact, Conclusions of Law, and Recommendation by United States Magistrate Judge Elizabeth Cowan Wright dated November 13, 2020, all the files and records, and no objections having been filed to said Report and Recommendation, **IT IS HEREBY ORDERED** that this action is **DISMISSED WITHOUT PREJUDICE** under Federal Rule of Civil Procedure 41(b) for failure to prosecute.

    LET JUDGEMENT BE ENTERED ACCORDINGLY.

DATED: 12/7/20

    *s/Patrick J. Schiltz*
    PATRICK J. SCHILTZ
    United States District Judge